Evin Ware #1017483
PO Box 7000 Carson City NV 89702
Inmate Pro Se

UNITED STATES DISTRICT COURT
DISTRICT of NEVADA

NAME,

          Plaintiff(s),

    -vs-

NAME,

          Defendant(s).

CASE NO.
1) 3:22-cv-00037-ART-CSD
Ware v. Sullivan

COMES NOW, __plaintiff__, in PRO PER and herein above respectfully Moves this Honorable Court for a __Motion of order: To Review Full°__ __Medical File's In C.H.F.R.E.P 16-1-R-3, MD 707-__

The above is made and based on the following Memorandum of Points and Authorities.

Dated This ___ 2024.

1

MEMORANDUM of points And Authorities.

1. Plaintiff, comes now before this Court, In request,
2. For this Court to order NDOC Medical H.I.C officer to provide;
3. Full Medical file for In Cell Review. FRCP 26-3.
4.
5.             (Legal Analysis:)
6. The purpose of discovery provision of F.R.C.P rules,
7. Is to eliminate the elements of chances. From litigation,
8. and assure a determination of (each) Controversy on the,
9. merits. See Haines v. Kerner, 404 U.S. at 515; Id
10.    MacKeren v. New York c. R.so, 1 F.R.D. 408 (D.C.N.Y.)
11.
12. Pursuant to MD 707.01, #14: New addition, medical,
13. records may be kept In Cell, by Courts order. If an,
14. I/M is acting (pro-se). he/she may review their;
15. Medical files, and decide what is needed to properly
16.   prepare for a civil trial. MD 707.01, #14.
17.
18. In urging that, I as an pro-se plaintiff, has a right,
19. to Inquire Into the material(s) secured by DAG's;
20. and defts at NNCC. To duly discover all true,
21. facts essential to "all claims herein.
22.
23. Plaintiff, asserts that the Medical files are essen-
24. tial to his defense of his medical claims;
25.    Therein suit. Id Relative Cases (2:14-cv-00512-
26.      RFB-BNW, ECF no 72.)
27.

## AFFIRMATION PURSUANT TO NRS 239B.030

I, Erin Ware, NDOC# 1017483,

CERTIFY THAT I AM THE UNDERSIGNED INDIVIDUAL AND THAT THE

ATTACHED DOCUMENT ENTITLED Motion for request for extension to review Medical files in Cell P:R.C. P-16-1-26-3. MD707-

DOES NOT CONTAIN THE SOCIAL SECURITY NUMBER OF ANY

PERSONS, UNDER THE PAINS AND PENALTIES OF PERJURY.

DATED THIS 15 DAY OF March, 2024.

SIGNATURE: _____

INMATE PRINTED NAME: Erin Ware

INMATE NDOC # 1017483

INMATE ADDRESS: ELY STATE PRISON
P. O. BOX 1989
ELY, NV  89301

Records sought:

Plaintiff, requests de Ft B); Needed Information, officer, Health Information Cordinator, Medical director Michael Minev, K. Williams.

A.) Full copied Medical File In its entirety to be reviewed In cell.

B) Dr Swartz order(s) For Two oral antibiotics And "An" Dr Swartz order(s) recommendations.

C) The list of Bacterial Infection(s) Incurred, list of all series of Antibiotics needed.

(Conclusion)

Plaintiff, to date has had "No" access to his medical files, and NNCC Med. Staff has denied several kites; And delayed his review of his med. file to thwart, his attempts at defence.

Plaintiff, prays this honorable Court, grants relief for full In cell med. review, of his file to present an adequate defense.

Dated this 15 day of March, 2024.

By: Evin Ware

3