# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERIN WARE,<br><br>       Plaintiff,<br><br>   v.<br><br>M. SULLIVAN, *et al.*,<br><br>       Defendants. | 3:22-cv-00037-ART-CSD<br><br>**ORDER**<br><br>Re: ECF No. 49 |

Before the court is Plaintiff's Motion to Review All Medical Files in Cell. (ECF No. 49.) Defendants have opposed Plaintiff's motion. (ECF No. 51.) To date, no reply memorandum has been filed by Plaintiff.

Plaintiff claims that he needs a copy of his medical records in his cell to properly prepare a response to the dispositive motions. Defendants state that Plaintiff can simply kite to review the records, but he is not entitled to possess the records under Administrative Regulation (AR) 639.

Pursuant to Nevada Department of Corrections Administrative Regulation 639 (revised on July 27, 2021), an inmate is prohibited from possessing any portion of their medical file on their person, in their cell, or on the yard. Plaintiff may kite the Warden's office to review his medical records and may take whatever notes he deems appropriate. The Attorney General's Office shall ensure that Plaintiff is given a reasonable opportunity to review the records.

/ / /

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Review All Medical Files in Cell (ECF No. 49) is **DENIED**.

Dated: April 9, 2024.

_____
Craig S. Denney
United States Magistrate Judge

2