1
2
3                          UNITED STATES DISTRICT COURT
4                                DISTRICT OF NEVADA
5
6   ERIN WARE,                              Case No. 3:22-cv-00037-ART-CSD
                              Plaintiff,
7          v.                               ORDER APPOINTING COUNSEL
8   KEAST, *et al.*,
9                             Defendants.
10
11         This case was referred to the Pro Bono Program for appointment of counsel.
12  The Court has been informed that pro bono counsel has been identified. Attorney
13  Luke Busby of the law firm Luke Andrew Busy, Ltd. is hereby appointed as
14  counsel for Plaintiff. Accordingly,
15         IT IS HEREBY ORDERED that Luke Busby is appointed as pro bono
16  counsel for Plaintiff pursuant to the United States District Court for the District
17  of Nevada's Pro Bono Program.
18         IT IS FURTHER ORDERED that Luke Busby, as appointed counsel, may
19  seek reimbursement of reasonable expenses or compensation for services in any
20  manner authorized under the Program.
21         IT IS FURTHER ORDERED that the Clerk of Court assign a PROBONO case
22  flag and add Luke Busby to the docket as counsel of record for Plaintiff.
23         IT IS FURTHER ORDERED that Luke Busby will not be charged fees for
24  use of the Court's filing system in this matter for the duration of the appointment.
25  //
26  //
27                                         1
28

1  IT IS FURTHER ORDERED that within 14 days after completion of legal
2  services, Luke Busby must submit a Notice of Completion Form to the Pro Bono
3  Liaison.

April 7, 2025

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE