UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIN WARE,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>M. SULLIVAN, *et al.*,<br><br>　　　　　　　　　　Defendants. | 3:22-cv-00037-ART-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 68 |

Before the court is Plaintiff's Motion to Reopen Discovery. (ECF No. 68.) Defendants filed a Limited Non-Opposition to Reopen Discovery (ECF No. 70) and Plaintiff replied (ECF No. 71).

Plaintiff's Motion to Reopen Discovery (ECF No. 68) is **GRANTED** to the extent that the court establishes new Scheduling Order deadlines as follows:

| | |
|---|---|
| Deadline to complete discovery: | **November 17, 2025** |
| Deadline to file discovery motions: | **December 2, 2025** |
| Deadline to disclose experts: | **September 18, 2025** |
| Deadline to disclose rebuttal experts: | **October 21, 2025** |
| Deadline to file dispositive motions: | **December 17, 2025** |
| Deadline to file the Joint Pretrial Order: | **January 16, 2026** (or 30 days following the entry of the court's ruling on a dispositive motion) |

**IT IS SO ORDERED.**

DATED:  May 1, 2025.

_____
Craig S. Denney
United States Magistrate Judge