# Exhibit 1

Exhibit 1



Luke Busby <luke@lukeandrewbusbyltd.com>

## Erin Ware Visit Inmate No. 1017483
6 messages

**Luke Busby** <luke@lukeandrewbusbyltd.com>  Mon, Apr 7, 2025 at 3:32 PM
To: Denicka Angeles <dangeles@doc.nv.gov>

Greetings,

I've been appointed as pro bono counsel for Mr. Ware in his case.  Please see the attached order from the Court.  I need to schedule a visit with him ASAP.   Is there any way we can do it by Zoom tomorrow afternoon?  If not, can you let me know a date and time that works for you?

Cheers!

--
Cheers!

Luke Busby, Esq.
316 California Ave. #82
Reno, Nevada 89509
(775) 453-0112 (Dial Area Code)
(775) 403-2192 (Fax)
www.lukeandrewbusbyltd.com
luke@lukeandrewbusbyltd.com

This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

Disclaimer Required by IRS Rules of Practice: Any discussion of tax matters contained herein is not intended or written to be used, and cannot be used, for the purpose of avoiding any penalties that may be imposed under Federal tax laws.

 **Order Appointing Counsel.pdf**
80K

**Denicka Angeles** <dangeles@doc.nv.gov>  Mon, Apr 7, 2025 at 4:23 PM
To: Luke Busby <luke@lukeandrewbusbyltd.com>

I can do Wednesday, 4/9 anytime. Please send me the zoom link along with the time so I can coordinate and confirm it with you asap. Thank you.

**Regards,**

Denicka Angeles

Administrative Assistant II

NNCC, Warden's Office

dangeles@doc.nv.gov

P. (775)-977-5013

**From:** Luke Busby <luke@lukeandrewbusbyltd.com>  
**Sent:** Monday, April 7, 2025 3:33 PM  
**To:** Denicka Angeles <dangeles@doc.nv.gov>  
**Subject:** Erin Ware Visit Inmate No. 1017483

> **WARNING** - This email originated from outside the State of Nevada. Exercise caution when opening attachments or clicking links, especially from unknown senders.

[Quoted text hidden]

---

**Luke Busby** <luke@lukeandrewbusbyltd.com>  Mon, Apr 7, 2025 at 5:08 PM
To: Denicka Angeles <dangeles@doc.nv.gov>

Hi Denicka,

Perfect, Wednesday at 3 works. I'll send the Zoom link and time shortly.

Cheers!

Luke

[Quoted text hidden]

---

**Luke Busby** <luke@lukeandrewbusbyltd.com>  Sat, Jun 21, 2025 at 2:45 PM
To: Denicka Angeles <dangeles@doc.nv.gov>

Greetings,

I need to schedule another call with an inmate Ware. Can this be done on the 26th at 2pm?

Cheers!

[Quoted text hidden]

---

**Luke Busby** <luke@lukeandrewbusbyltd.com>  Wed, Jun 25, 2025 at 4:56 PM
To: Denicka Angeles <dangeles@doc.nv.gov>, "Douglas R. Rands" <drands@ag.nv.gov>

Mr. Rands,

Per the email chain below, I'm trying to schedule a call with my client, Mr. Ware, at NNCC. I previously communicated about this with Miss Angeles, but I'm not receiving replies. Can you assist with this?

Cheers!

[Quoted text hidden]

---

**Denicka Angeles** <dangeles@doc.nv.gov>  Thu, Jun 26, 2025 at 8:04 AM
To: Luke Busby <luke@lukeandrewbusbyltd.com>

NNCC does not schedule telephone or video calls for attorneys and their clients unless it is for Parole Board interviews or if there is a court order for the call. Please note that your client has the ability to utilize the offender phone system (Viapath Technologies) for legal calls. Once an attorney is registered with the offender phone system, legal calls are not monitored. To learn more about the offender phone system, please visit our website at doc.nv.gov. If you do not wish to use the offender phone system, we would be happy to schedule an in-person legal visit for you.

[Quoted text hidden]