# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ERIN WARE,

                                    Plaintiff,

   v.

JOHN KEAST, *et al.*,

                                    Defendants.

3:22-cv-00037-ART-CSD

**ORDER**

Re: ECF Nos. 94, 95

Before the court are Plaintiff's Interrogatories and Request for Admissions to Defendant Naughton. (ECF Nos. 94, 95.) Plaintiff is advised that discovery papers and discovery documents are not to be filed unless ordered by the court.  LR 26-7.  The exception to this rule would be if the discovery is the subject of and is appended to a discovery motion, response or reply.

Therefore, Plaintiff's Interrogatories and Request for Admissions to Defendant Naughton (ECF Nos. 94, 95) are **<u>STRICKEN</u>** from the court's docket.

**IT IS SO ORDERED.**

DATED: June 2, 2026.



Craig S. Denney
United States Magistrate Judge