**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ERIN WARE,

    Plaintiff

v.

M. SULLIVAN, et al.,

    Defendants

Case No.: 3:22-cv-00037-ART-CSD

**Order**

Re: ECF Nos. 97, 98

On June 23, 2026, Defendants filed a suggestion of death as to Dr. Martin James Naughton. (ECF Nos. 97, 98.)

If a motion to substitute is not filed by **Monday, September 21, 2026**, Defendant Dr. Martin James Naughton will be dismissed from this action without prejudice pursuant to Federal Rule of Civil Procedure 25(a).

**IT IS SO ORDERED**.

Dated: June 24, 2026

_____

Craig S. Denney
United States Magistrate Judge