**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ERIN WARE,

Plaintiff

v.

M. SULLIVAN, et al.,

Defendants

Case No.: 3:22-cv-00037-ART-CSD

**Order**

Re: ECF Nos. 100, 103

On June 23, 2026, Defendants filed a notice that defendant Dr. Naughton passed away. (ECF No. 97.) On June 24, 2026, the court issued an order stating that if a motion to substitute is not filed by September 21, 2026, Dr. Naughton will be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 25(a). (ECF No. 99.)

On July 7, 2026, Plaintiff filed a motion asking the court to allow the claim against Dr. Naughton to remain active under Rule 25(a)(1) and (2) and asking the court to direct the Attorney General's Office to undertake efforts to find the personal representative of Dr. Naughton's estate. (ECF No. 100.) Defendants filed a response stating that they contacted the district court clerks in Washoe, Clark, and Carson counties to determine if an estate was opened on behalf of Dr. Naughton, and all confirmed there is no estate in their records. Counsel also reached out to Dr. Naughton's family, and had not received a response. It also reached out to the Medical Board without success. (ECF No. 101.)

Plaintiff then filed a motion demanding that the Attorney General disclose the representative of Dr. Naughton's estate. (ECF No. 103.)

Defendants filed a response indicating that it obtained a copy of an order appointing a special administrator for Dr. Naughton's estate in a separate matter in the Second Judicial District in Washoe County. (ECF Nos. 108, 108-1.)

Accordingly, Plaintiff's motions asking the court to direct the Attorney General's Office to undertake efforts to find the personal representative of Dr. Naughton's estate and demanding that the Attorney General's Office disclose the representative of Dr. Naughton's estate (ECF Nos. 100, 103) are **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Dated: September 14, 2026

Craig S. Denney
United States Magistrate Judge