**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ERIN WARE,

Plaintiff

v.

M. SULLIVAN, et al.,

Defendants

Case No.: 3:22-cv-00037-ART-CSD

**Order**

Re: ECF No. 110

Plaintiff has filed a motion to substitute in special administrator Brandy Arroyo of Dr. Naughton's estate as a party in this matter. (ECF No. 110.) Federal Rule of Civil Procedure 25(a) provides that a motion to substitute must be served on non-parties as provided in Rule 4. Plaintiff does not include a proof of service of the motion to substitute on special administrator Brandy Arroyo.

Plaintiff has up to and including **September 30, 2026**, to file a proof of service of the motion to substitute that conforms with Rule 4 of the Federal Rules of Civil Procedure on Brandy Arroyo as special administrator of the estate of Dr. Naughton.

**IT IS SO ORDERED**.

Dated: September 14, 2026

Craig S. Denney
United States Magistrate Judge