**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ERIN WARE,

Plaintiff

v.

M. SULLIVAN, et al.,

Defendants

Case No.: 3:22-cv-00037-ART-CSD

**Order**

Re: ECF No. 114

Plaintiff has filed a motion asking the court to release information on Brandy Arroyo so Plaintiff can serve Arroyo for substitution in place of Dr. Naughton. (ECF No. 114.)

Plaintiff previously filed a motion to substitute special administrator of Dr. Naughton's estate, Brandy Arroyo, in place of Dr. Naughton. The court gave Plaintiff until September 30, 2026, to file a proof of service on Ms. Arroyo in conformity with Federals Rule of Civil Procedure 4 and 25. (ECF No. 113.)

Plaintiff's motion is (ECF No. 114) is **DENIED** insofar as it is Plaintiff's obligation to serve the motion to substitute on the representative as provided in the Rules, and the court cannot give Plaintiff legal advice.

**IT IS SO ORDERED**.

Dated: September 21, 2026

Craig S. Denney
United States Magistrate Judge