**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ERIN WARE,

Plaintiff

v.

M. SULLIVAN, et al.,

Defendants

Case No.: 3:22-cv-00037-ART-CSD

**Order**

Re: ECF No. 120

Plaintiff has filed a motion requesting a 30-day extension to serve the motion to substitute on Brandy Arroyo. (ECF No. 120.) Plaintiff's motion is **GRANTED** insofar as the court will give Plaintiff one final 30-day extension, until **November 27, 2026**, to complete service of the motion to substitute on Brandy Arroyo. If service is not timely accomplished, Dr. Naughton will be dismissed from this action without prejudice pursuant to Federal Rule of Civil Procedure 25.

**IT IS SO ORDERED**.

Dated: October 22, 2026

Craig S. Denney
United States Magistrate Judge