**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ERIN WARE,

Plaintiff

v.

M. SULLIVAN, et al.,

Defendants

Case No.: 3:22-cv-00037-ART-CSD

**Order**

Re: ECF No. 62

On June 23, 2026, Defendants filed a suggestion of death for defendant Dr. Naughton. (ECF No. 97.)

The Defendants subsequently disclosed that a special administrator, Brandy Arroyo, has been appointed for the estate of Dr. Naughton. (ECF No. 108-1.) Shortly thereafter, Plaintiff filed a motion to substitute Brandy Arroyo, as the special administrator of Dr. Naughton's estate, for Dr. Naughton under Federal Rule of Civil Procedure 25. (ECF No. 110.) The court extended the deadline to September 30, 2026, for Plaintiff to file a proof of service of the motion to substitute on Brandy Arroyo that conforms to Federal Rule of Civil Procedure 4, as is required under Federal Rule of Civil Procedure 25(a)(3). (ECF No. 113.) The court subsequently granted Plaintiff's motions for an extension of time to serve Brandy Arroyo with the motion to substitute, extending the deadline to November 27, 2026. (ECF Nos. 119, 123.)

Plaintiff has now filed a proposed summons for Brandy Arroyo. (ECF No. 126.) As noted above, Rule 25 requires that a motion to substitute be served on a non-party in compliance with Rule 4. 28 U.S.C. § 1915(d) provides that "officers of the court shall issue and serve *all process*" in cases where a party is proceeding *in forma pauperis* (IFP). Rule 4

specifically provides that the court must order service by the U.S. Marshal for a plaintiff proceeding IFP. Fed. R. Civ. P. 4(c)(3).

The court construes Plaintiff's submission of a proposed summons for Brandy Arroyo as a request for service by the U.S. Marshal.

The Clerk shall kindly **ISSUE** the summons to Brandy Arroyo as special administrator of the estate of Dr. Naughton.

The Clerk shall kindly **SEND** to the U.S. Marshal the summons, as well as a copy of this Order and the following documents: the screening order (ECF No. 8), the complaint (ECF No. 9), Judge Traum's order on the motion for summary judgment (ECF No. 62), and the motion to substitute (ECF No. 110).

The court will separately provide to the U.S. Marshal a completed USM-285 form for Brandy Arroyo.

Plaintiff is reminded that the deadline to complete service of the motion to substitute on Ms. Arroyo is November 27, 2026.

**IT IS SO ORDERED**.

Dated: October 29, 2026

Craig S. Denney
United States Magistrate Judge